| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Urban Suburban Recreation, Inc. | Social Security number or ITIN _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN  11–2228663 |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 8–21–71371–ast | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Andrew M Thaler (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Alan S. Trust<br>
United States Bankruptcy Judge

Dated: July 6, 2023

**BLfnld7** [Final Decree 7 rev 12/01/15]